NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1019

NETCURRENTS INFORMATION SERVICES, INC.
(formerly known as Netcurrents, Inc.),

Plaintiff-Appellant,

v.

DOW JONES & COMPANY, INC.
and FACTIVA, INC.,

Defendants-Appellees.

Christopher J. Lee, Niro, Scavone, Haller & Niro, of Chicago, Illinois, argued for plaintiff-appellant. With him on the brief were Kara L. Szpondowski, and Nicholas M. Dudziak.

Richard de Bodo, Hogan & Hartson, LLP, of Los Angeles, California, argued for defendants-appellees. With him on the brief was Rachel M. Capoccia.

Appealed from: United States District Court for the Central District of California

Judge John F. Walter

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1019


NETCURRENTS INFORMATION SERVICES, INC.
(formerly known as Netcurrents, Inc.),

Plaintiff-Appellant,

v.

DOW JONES & COMPANY, INC.
and FACTIVA, INC.

Defendants-Appellees.


# Judgment


ON APPEAL from the   United States District Court for the Central District of California

in CASE NO(S).       07-CV-04027

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (GAJARSA, PLAGER, and LINN, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.


ENTERED BY ORDER OF THE COURT


DATED May 8, 2009            /s/ Jan Horbaly
                             Jan Horbaly, Clerk